IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Case No. 17-CR-30159-MJR |
| JULIAN RUBIO-ESTRADA, | ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT'S GUILTY PLEA**

REAGAN, Chief Judge:

On November 15, 2017, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Rubio-Estrada entered a guilty plea to Count 1 of the indictment – charging illegal reentry by an aggravated felon.

By Report and Recommendation dated November 27, 2017 (Doc. 23), Judge Wilkerson recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein.

The parties were given an opportunity to object to the Report and Recommendation. That deadline (**December 14, 2017)** elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 23), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offense set forth in the indictment to which Defendant pled guilty herein. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. The Court **CONFIRMS that SENTENCING** shall proceed at <u>**11:00 a.m. on February 2, 2018.**</u>

Finally, the Court **SETS** the following important deadlines. Any sentencing memorandum must be filed no later than 14 days before the sentencing hearing. Any response to a sentencing memorandum must be filed no later than 7 days before the sentencing hearing. If a party intends to present live testimony at the sentencing hearing, a notice identifying the witness(es) and summarizing the nature and anticipated length of the testimony must be filed no later than 14 days before the sentencing hearing.

IT IS SO ORDERED.

DATED: December 18, 2017

s/ *Michael J. Reagan*
MICHAEL J. REAGAN
United States District Judge
